**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Fred Billiter, Jr., | : | |
| Petitioner | : | Civil Action 2:10-cv-00434 |
| v. | : | Judge Marbley |
| Warden, Noble Correctional Institution, | : | Magistrate Judge Abel |
| Respondents | : | |
| | : | |

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the August 3, 2010 Order, the Court ADOPTED the Report and Recommendation and GRANTED the motion to dismiss the petition as a successive petition or, in the alternative, transfer, and under the procedures adopted in *In re Jonathan Sims*, 111 F.3d 45, 47 (6th Cir. 1997) this Court hereby TRANSFERS this case to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. §1631.

Date:  **August 3, 2010**            **James Bonini, Clerk**

                                       s/Betty L. Clark
                                       Betty L. Clark/Deputy Clerk